1   Seong H. Kim, State Bar No. 166604
2   Dylan Ruga, State Bar No. 235969
    STEPTOE & JOHNSON LLP
3   2121 Avenue of the Stars, Suite 2800
    Los Angeles, CA  90067-5052
4   Telephone:  (310) 734-3200
    Facsimile:  (310) 734-3300
5   Email:  skim@steptoe.com
    Email:  druga@steptoe.com
6
7   Attorneys for Defendant
    GWEN MUELLER
8

JS-6

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| LARIN CORPORATION,<br><br>            Plaintiff,<br><br>      vs.<br><br>GWEN MUELLER, an individual,<br><br>            Defendant. | Case No.:  CV08-135 ODW (OPx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GWEN MUELLER'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br><br>Date:         February 25, 2008<br>Time:         1:30 p.m.<br>Courtroom:  11 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

1

2      **WHEREAS**, defendant Gwen Mueller has filed an a Motion to

3   Dismiss Plaintiff's Complaint on the grounds that the instant action is duplicative of

4   an earlier action filed by Plaintiff (the "Motion");

5      **WHEREAS**, the Court has considered the Motion; and

6      **WHEREAS**, the Court finds that good cause exists to grant the

7   Motion,

8      **IT IS HEREBY ORDERED** that:

9      **1.**      Plaintiff's Complaint is hereby dismissed with prejudice.

10

11

12

13

14

DATED: March 19, 2008___   By_____

15                              HON. OTIS D. WRIGHT II.
                            United Stated District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28